```
____ FILED       ____ LODGED
____ RECEIVED    ____ COPY

     JUL 0 3 2018

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tasheena Sonja Preston,<br><br>Defendant. | No. CR-18-08240-PCT-DLR (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR - First Degree Murder)<br>Count 1<br><br>18 U.S.C. § 924(c)(1)(A) and (j)<br>(Discharging a Firearm During a Crime of Violence Resulting in Death)<br>Counts 2 and 4<br><br>18 U.S.C. §§ 1153 and 2111<br>(CIR - Robbery)<br>Count 3<br><br>18 U.S.C. §§ 1153 and 1111<br>(CIR - Felony Murder)<br>Count 5)<br><br>21 U.S.C. § 841(a)(1) and (b)(1)(D)<br>(Possession With Intent to Distribute Marijuana)<br>Count 6<br><br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 18, 2017, in the District of Arizona and within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant, TASHEENA SONJA PRESTON, an Indian, did with premeditation and malice aforethought, unlawfully kill

W.J.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about May 18, 2017, in the District of Arizona, defendant, TASHEENA SONJA PRESTON, did knowingly use, carry, brandish and discharge a firearm during and in relation to a crime of violence or did knowingly possess, brandish and discharge a firearm, that is a shotgun in furtherance of a crime of violence, that is First Degree Murder as alleged in Count 1, a felony crime prosecutable in a Court of the United States and the use of such firearm caused the death of W.J.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (j).

### COUNT 3

On or about May 18, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant, TASHEENA SONJA PRESTON, an Indian, did by force, violence or intimidation take or attempt to take a blanket and DVDs, a thing of value, from the person or presence of the victim, W.J.

In violation of Title 18, United States Code, Sections 1153 and 2111.

### COUNT 4

On or about May 18, 2017, in the District of Arizona, defendant, TASHEENA SONJA PRESTON, did knowingly use, carry, brandish and discharge a firearm during and in relation to a crime of violence or did knowingly possess, brandish and discharge a firearm, that is a shotgun in furtherance of a crime of violence, that is Robbery as alleged in Count 3, a felony crime prosecutable in a Court of the United States and the use of such firearm caused the death of W.J.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (j).

### COUNT 5

On or about May 18, 2017, in the District of Arizona and within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant, TASHEENA SONJA PRESTON, an Indian, did with malice aforethought, and in perpetration of a felony, that

is, Robbery, unlawfully kill W.J.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 6

On or about May 18, 2017, in the District of Arizona, defendant, TASHEENA SONJA PRESTON knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in
(a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

(1) Nine rounds of Remington .22 caliber bullets;

(2) Two spent 12 gauge shotgun shell casings; and

(3) One live Federal 12 gauge shotgun shell, three .22 caliber bullets, four .22 caliber bullet casings.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

Case 3:18-cr-08240-DLR   Document 1   Filed 07/03/18   Page 4 of 4

1     (4) has been substantially diminished in value, or

2     (5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

    All in accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

    /s/
FOREPERSON OF THE GRAND JURY
Date: July 3, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

    /s/
KIYOKO PATTERSON
Assistant U.S. Attorney

- 4 -